UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 11-960 GHK (FFM) | Date | August 3, 2011 |
|---|---|---|---|
| Title | JUAN M. HURTADO v. MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | | |

Present: The Honorable  Frederick F. Mumm, United States Magistrate Judge

| James Munoz | | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None Present  None Present

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY PROOF OF SERVICE WAS NOT TIMELY FILED**

The Court has reviewed its own files and records and notes plaintiff failed to timely submit a Proof of Service of Summons and Complaint by July 22, 2011, as required by the Court's Case Management Order.

Plaintiff is ordered to show cause in writing within 30 days of the date of this minute order as to why this matter should not be dismissed for failure to prosecute.

:
Initials of Preparer    JM