UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN M. HURTADO,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>   Defendant. | NO. EDCV 11-960 FFM<br><br>JUDGMENT |

Pursuant to the Order of Dismissal,

IT IS ADJUDGED that the Complaint is dismissed with prejudice.


DATED: January 25, 2012


        /S/ FREDERICK F. MUMM
        FREDERICK F. MUMM
        United States Magistrate Judge