UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN M. HURTADO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br>　　　　　Defendant. | NO. EDCV 11-960 FFM<br><br>JUDGMENT |

Pursuant to the Order of Dismissal,

IT IS ADJUDGED that the Complaint is dismissed with prejudice.

DATED: January 25, 2012

　　　　　　　　　　　　　　　　　　/S/ FREDERICK F. MUMM
　　　　　　　　　　　　　　　　　　FREDERICK F. MUMM
　　　　　　　　　　　　　　　　　United States Magistrate Judge